# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANQUENITA SCHTEKA HALL, | No. 2:19-CV-0132-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, bring this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On March 26, 2019, the court directed plaintiff to show cause in writing why this action should not be dismissed for failure to submit documents necessary for service of this action to the United States Marshal as directed by the court's February 6, 2019, order. A review of the docket reflects that plaintiff has now complied. The order to show cause is, therefore, discharged.

IT IS SO ORDERED.

Dated: May 23, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1