# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANQUENITA SCHTEKA HALL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 2:19-CV-0132-DMC<br><br><br><u>ORDER</u> |

Plaintiff, who is proceeding pro se, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).

On February 6, 2019, the court granted plaintiff's request to proceed in forma pauperis and directed plaintiff to submit documents necessary for service of her complaint by the United States Marshal. <u>See</u> ECF No. 4. Plaintiff filed a statement on April 8, 2019, stating she had submitted the required documents to the United States Marshal. <u>See</u> ECF No. 12. On July 9, 2019, plaintiff filed a first amended complaint. Plaintiff will be required to submit documents necessary for service of her first amended complaint by the United States Marshal.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to serve a copy of this order on the United States Marshal;

2. Within 15 days from the date of this order, plaintiff shall submit to the United States Marshal two copies of the first amended complaint and file a statement with the court that said documents have been submitted to the United States Marshal;

3. The United States Marshal is directed to serve all process without prepayment of costs not later than 60 days from the date of this order, such service of process to be completed by delivering a copy of the summons and amended complaint to the United States Attorney for the Eastern District of California, and by sending a copy of the summons and amended complaint by registered or certified mail to the Attorney General of the United States in Washington, D.C., pursuant to Federal Rule of Civil Procedure 4(i)(1)(A) & (B); and

4. The United States Marshal shall also send a copy of the summons and first amended complaint by registered or certified mail to the Commissioner of Social Security, c/o Office of the General Counsel, Region IX, 160 Spear Street, Suite 800, San Francisco, CA 94105-1545, pursuant to Federal Rule of Civil Procedure 4(i)(2).

Dated: August 2, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE