**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANQUENITA SCHTEKA HALL,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | No.  2:19-CV-0132-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brought this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  Pursuant to the written consent of all parties, this case was before the undersigned as the presiding judge for all purposes, including entry of final judgment.  See 28 U.S.C. § 636(c).  By separate order issued herewith, the Court grants Plaintiff's motions to re-open this case.  Pending before the Court is Plaintiff's motion, ECF No. 40, to proceed in forma pauperis.  Plaintiff's motion is denied as unnecessary because Plaintiff was previously granted in forma pauperis status.  See ECF No. 4.

IT IS SO ORDERED.

Dated:  May 27, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1